Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ward Jr, Ollie | Case Number: 04 B 03186 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 1/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 13, 2008
Confirmed:  March 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 64,687.00 |  |
| Secured: |  | 28,112.25 |
| Unsecured: |  | 30,296.05 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 3,386.40 |
| Other Funds: |  | 692.30 |
| Totals: | 64,687.00 | 64,687.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 3. | Bank One | Secured | 27,902.76 | 27,902.76 |
| 4. | Wells Fargo Financial | Secured | 376.25 | 209.49 |
| 5. | ECast Settlement Corp | Unsecured | 966.75 | 623.82 |
| 6. | ECast Settlement Corp | Unsecured | 2,055.80 | 1,326.42 |
| 7. | RoundUp Funding LLC | Unsecured | 1,992.15 | 1,285.40 |
| 8. | Direct Merchants | Unsecured | 4,417.87 | 2,216.31 |
| 9. | RoundUp Funding LLC | Unsecured | 1,988.63 | 1,283.13 |
| 10. | Bank One | Unsecured | 11,718.71 | 7,561.26 |
| 11. | Beneficial Illinois Inc | Unsecured | 6,994.15 | 4,512.85 |
| 12. | Portfolio Recovery Associates | Unsecured | 11,736.46 | 7,572.68 |
| 13. | ECast Settlement Corp | Unsecured | 340.85 | 219.92 |
| 14. | ECast Settlement Corp | Unsecured | 355.36 | 229.31 |
| 15. | RoundUp Funding LLC | Unsecured | 1,045.02 | 674.25 |
| 16. | Capital One | Unsecured | 1,726.34 | 1,113.87 |
| 17. | Lord & Taylor | Unsecured | 559.22 | 347.49 |
| 18. | Capital One | Unsecured | 914.15 | 589.82 |
| 19. | ECast Settlement Corp | Unsecured | 1,146.15 | 739.52 |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Wells Fargo Fin Acceptance | Unsecured |  | No Claim Filed |
|  |  |  | $ 78,436.62 | $ 60,608.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ward Jr, Ollie

Printed: 03/24/09

Case Number: 04 B 03186
Judge: Wedoff, Eugene R
Filed: 1/28/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 246.48 |
| 4% | 196.31 |
| 6.5% | 623.73 |
| 3% | 110.07 |
| 5.5% | 603.71 |
| 5% | 167.39 |
| 4.8% | 368.32 |
| 5.4% | 1,062.86 |
| 6.6% | 7.53 |
|  | $ 3,386.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: